# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NELIN KEHOE, | Case No. 2:25-cv-01146-RFB-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| TAMRA WALKER, *et. al.*, | |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 3) of the Honorable Elayna J. Youchah, United States Magistrate Judge, entered on June 30, 2025. For the following reasons, the Court adopts the Report and Recommendation in full.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed the district court is required to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Here, objections were due by July 14, 2025. No objections were filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

///

1       **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 3) is **ACCEPTED** and **ADOPTED** in full.

      **IT IS FURTHER ORDERED** that this case is **DISMISSED without prejudice, but without leave to amend in this Court.**

The Clerk of Court is instructed to close this case.

**DATED:** July 17, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**